IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. C-13-5766 MMC |
| PACIFIC THOMAS CORPORATION, dba THOMAS CAPITAL, dba SAFE STORAGE, | Bankruptcy Adv. Proc. No. 13-04079 MEH |
| Debtor. | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| KYLE EVERETT, Chapter 11 Trustee, | |
| Plaintiff v. | |
| RANDALL WHITNEY, et al., | |
| Defendants. | |

Before the Court is appellant Randall Whitney's Reply, filed January 10, 2014, in which he responds to the Order to Show Cause filed December 23, 2013.

Appellant has shown he filed, subsequent to the issuance of the Order to Show Cause, his Designation of Items Included in the Record on Appeal and his Statement of Issues. See Fed. R. Bankr. P. 8006. Accordingly, the Court hereby DISCHARGES the Order to Show Cause.

Appellant shall file his opening brief within the time set forth in the scheduling order filed December 12, 2013.

**IT IS SO ORDERED.**

Dated: January 15, 2014

MAXINE M. CHESNEY
United States District Judge