IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. C-13-5766 MMC |
| PACIFIC THOMAS CORPORATION, dba THOMAS CAPITAL, dba SAFE STORAGE, | Bankruptcy Adv. Proc. No. 13-04079 MEH |
| Debtor. | **ORDER DISMISSING APPEAL AS MOOT** |
| KYLE EVERETT, Chapter 11 Trustee, | |
| Plaintiff | |
| v. | |
| RANDALL WHITNEY, et al., | |
| Defendants. | |

By order filed August 19, 2014, the Court directed appellant Randall Whitney to show cause why the above-titled appeal should not be dismissed as moot. In response thereto, appellant, on September 5, 2014, filed a Statement of Non-Opposition.

Accordingly, for the reasons stated in the Court's order of August 19, 2014, the above-titled appeal is hereby DISMISSED as moot.

**IT IS SO ORDERED.**

Dated: September 9, 2014

MAXINE M. CHESNEY
United States District Judge